AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Samuel Winfield a/k/a "Bobby Winfield" | )<br>)<br>)<br>)<br>) Case No:   18-CR-00095-01(DLC) |

Date of Original Judgment:          01/14/2019
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No:   18-CR-00095-01(DLC)
USM No:   79841-054

Ian Marcus Amelkin            AUSA: Justin V. Rodriguez
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      168      months **is reduced to**   151                         .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      01/14/2019      shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   _July 16, 2024_                      _____
                                                    *Judge's signature*

Effective Date:   _____             Denise Cote, U.S. District Judge
*(if different from order date)*                    *Printed name and title*